PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAO XUE, | Case No.: 1:17-cv-929 AWI BAM |
| Plaintiff, | |
| v. | **Joint Stipulation and [~~Proposed~~] Order re: Extension of Time** |
| JEFFERSON B. SESSIONS, et. al, | |
| Defendants. | |

This is an immigration case in which Plaintiff alleges a delay in the adjudication of his application to adjust status. United States Citizenship and Immigration Services has recently issued a Request for Evidence—a response to the request is due on November 26, 2017. Adjudication of the application by the agency is expected to follow. Accordingly, the parties stipulate to a 90-day extension of time both for the filing of the government's answer to the complaint and the filing of the Joint Scheduling Report.

Dated: September 18, 2017	Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

<pre>
                    /s/ Matthew Fladell
                    MATTHEW FLADELL
                    Attorney for Plaintiff
</pre>

[~~PROPOSED~~] ORDER

The time for filing an answer or other dispositive pleading is extended to December 29, 2017. The scheduling conference is rescheduled from October 4, 2017 to January 17, 2018 at 9:00 AM in courtroom 8 (BAM) before Judge McAuliffe.

IT IS SO ORDERED.

Dated: __**September 19, 2017**__         /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE